UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                  CHAPTER 13
                                                        CASE NO.: 5:19-bk-05037-MJC
**Ruth S. Heilemann,**

    **Debtor,**
_____/

**PHH Mortgage Corporation as attorney in fact for
Bank of America, N.A,**

    **Movant,**

v.

**Ruth S. Heilemann,
Jack N Zaharopoulos (Trustee),**

    **Respondents.**
_____/

## ORDER VACATING AUTOMATIC STAY

Upon consideration of PHH Mortgage Corporation as attorney in fact for Bank of America, N.A's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), Dkt. # 76 ("Motion"), any response thereto, and after hearing held on April 19, 2022, it is hereby

**ORDERED,** that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to PHH Mortgage Corporation as attorney in fact for Bank of America, N.A; and it is further

**ORDERED,** that PHH Mortgage Corporation as attorney in fact for Bank of America, N.A, its successors and/or assignees be entitled to proceed with appropriate state court remedies

against the property located at 312 G North Shore Drive, Albrightsville, Pennsylvania 18210, including without limitation a sheriff's sale of the property, and it is further

**ORDERED,** that PHH Mortgage Corporation as attorney in fact for Bank of America, N.A. request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 19, 2022

Case 5:19-bk-05037-MJC    Doc 81    Filed 04/19/22    Entered 04/20/22 08:42:04    Desc
Main Document      Page 2 of 2