# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ruth S. Heilemann,                  Chapter     13

    **Debtor 1**

                                                Case No.     5:19–bk–05037–MJC

## **Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

                                                   By the Court,

                                                   Mark J. Conway, United States Bankruptcy Judge

                                                   Dated: May 11, 2022

ordsmiss (05/18)