# Notice Recipients

District/Off: 0314−5     User: AutoDocketer     Date Created: 5/11/2022
Case: 5:19−bk−05037−MJC     Form ID: ordsmiss     Total: 42

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos (Trustee) | info@pamd13trustee.com |
| aty | Charles G. Wohlrab | cwohlrab@raslg.com |
| aty | Keri P Ebeck | kebeck@bernsteinlaw.com |
| aty | Kevin Buttery | kbuttery@rascrane.com |
| aty | Paul Kramer | samkan@epix.net |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Ruth S. Heilemann | 1365 Indian Mtn. Lakes | Albrightsville, PA 18210 | |
| cr | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | |
| cr | Bank Of America, N.A. | Robertson, Anschutz & Schneid, P.L. | 6409 Congress Ave., Suite 100 | Boca Raton, FL 33487 |
| 5274916 | Bank of America | P.O.Box 982237 | El Paso, TX 79998−2337 | |
| 5278310 | Bank of America, N.A | Robertson, Anschutz & Schneid, P.L. | 6409 Congress Ave., Suite 100 | Boca Raton, FL 33487 |
| 5274917 | Bank of America, N.A. | c/o Reverse Mortgage Solutions, Inc. | 14405 Walters Drive, Ste. 200 | Houston, TX 77014 |
| 5274918 | Blair c/o Comity Capital Bk. | Attn. Bankruptcy Dept. | P.O.Box183043 | Columbus, OH 43218−3043 |
| 5274919 | Care Credit c/o Synchrony Bank | Attn. Bankruptcy Dept. | P.O.Box 965064 | Orlando, FL 32896−5064 |
| 5274920 | Champion Mortgage | P.O.Box 619093 | Dallas, TX 75261−9093 | |
| 5274922 | Citi Cards | Box 6500 | Sioux Falls, SD 57117 | |
| 5274921 | Citi Cards c/o Client Services, Inc. | 3451 Harry S. Truman Blvd. | St. Charles, MO 63301−4047 | |
| 5292864 | Citibank, N.A. | 5800 S Corporate Pl | Sioux Falls, SD 57108−5027 | |
| 5274923 | Comity Capital Bank | P.O.Box 183003 | Columbus, OH 43218−3003 | |
| 5274924 | Discover | P.O.Box 30943 | Salt Lake City, UT 84130−0943 | |
| 5277139 | Discover Bank | Discover Products Inc | PO Box 3025 | New Albany, OH 43054−3025 |
| 5274925 | Discover c/o Weltman, Weinberg, et al. | 323 W. Lakeside zDr., Ste. 200 | Cleveland, OH 44113 | XXXX3044 $5,645 |
| 5274926 | HealthiPlan c/o Comity Capital Bk. | Attn. Bankruptcy Dept. | P.O.Box183043 | Columbus, OH 43218−3043 |
| 5274927 | JCPenny c/o Synchrony Bank / Attn. Bankruptcy Dept. | P.O.Box 965064 | Orlando, FL 32896−5064 | |
| 5294875 | Jefferson Capital Systems LLC | Po Box 7999 | Saint Cloud Mn 56302−9617 | |
| 5294443 | Midland Credit Management, Inc. | PO Box 2037 | Warren, MI 48090 | |
| 5274928 | Nationwide Ins Co. | c/o Credit Collection Srvcs. | 725 Canton Steet | Norwood, MA 02062 |
| 5288461 | Portfolio Recovery Associates, LLC | POB 12914 | Norfolk VA 23541 | |
| 5294592 | Quantum3 Group LLC as agent for | Comenity Capital Bank | PO Box 788 | Kirkland, WA 98083−0788 |
| 5280908 | Quantum3 Group LLC as agent for | Credit Corp Solutions Inc | PO Box 788 | Kirkland, WA 98083−0788 |
| 5274930 | Reverse Mortgage Systams, Inc. | 5010 Linbar Dr., Ste. 100 | Nashville, TN 37211 | |
| 5274931 | Sequium Asset Solutions, LLC | 1130 Northchase Pkwy., Ste. 150 | Marietta, GA 30067 | |
| 5274932 | Shell | P.O.Box 6406 | Sioux Falls, SD 57117 | |
| 5274934 | Sunoco | P.O.Box 6406 | Sioux Falls, SD 57117−6406 | |
| 5274933 | Sunoco c/o GC Srvcs. LLC | 6330 Gulfton | Houston, TX 77081 | |
| 5275822 | Synchrony Bank | c/o PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 |
| 5274937 | Synchrony Bank / Walmart Credit Card | P.O.Box 965022 | Orlando, FL 32896−5022 | |
| 5274935 | Synchrony Bank Attn. Bankruptcy Dept. | P.O.Box 965060 | Orlando, FL 32896−5060 | |
| 5274929 | Synchrony Bank c/o Portfolio Recovery Asscs., LLC | 120 Corporate Blvd. | Norfolk, VA 23502 | |
| 5274936 | Synchrony Bank/Lowes | c/o Midland Credit Mngmt. | 350 Camino De La Reina, Ste. 100 | San Diego, CA 92108 |
| 5295147 | Wells Fargo Bank, N.A. | Wells Fargo Card Services | PO Box 10438, MAC F8235−02F | Des Moines, IA 50306−0438 |
| 5274938 | Wells Fargo Card Srvcs. | P.O.Box 51193 | Los Angeles, CA 90051−5493 | |

TOTAL: 36